Supreme Court—State v. Benton.

THE STATE, DEFENDANT IN ERROR, v. EDWARD T. BEN-
TON, JR., PLAINTIFF IN ERROR.

Submitted October 16, 1925—Decided May 5, 1926.

**Crimes—Embezzlement—Illegal Testimony Not Admitted as Al-
leged—Sufficient Testimony for Case to Go to Jury—Verdict
Not Against Weight of Evidence.**

On error to the Passaic Quarter Sessions.

For the plaintiff in error, *Abram Klenert.*

For the state, *J. Willard De Yoe,* prosecutor of the pleas.

PER CURIAM.

The defendant in this case was convicted on an indictment
charging him with embezzling moneys belonging to one Anna
Lee.

The first ground upon which the plaintiff in error seeks a
reversal of this conviction is directed at the alleged illegal
admission of testimony of Anna Lee. Our examination of
this testimony leads us to the conclusion that it was properly
admitted.

The second contention is that the trial court erroneously
refused to direct the jury to acquit the defendant. This
motion, we think, was properly refused, there being testi-
mony to support the contention of the state that the de-
fendant was guilty as charged.

The last ground for reversal argued by counsel for the de-
fendant is that the verdict of the jury was against the weight
of the evidence. No assignment nor reason, however, has
been filed raising this question.

The judgment under review will be affirmed.